**UNITED STATES DISTRICT COURT**               **EASTERN DISTRICT OF TEXAS**

SIDNEY RAY SNELLINGS,                     §
                                          §
            Plaintiff,                    §
                                          §
*versus*                                  §   CIVIL ACTION NO. 1:22-CV-366
                                          §
CHRISTOPHER L. NORSWORTHY,                §
                                          §
            Defendant.                    §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Sidney Ray Snellings, proceeding *pro se*, filed the above-styled lawsuit.  The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that plaintiff's motion for voluntary dismissal be granted and this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge (#5) is **ADOPTED** as the opinion of the court.  The motion for voluntary dismissal (#4) is **GRANTED**.  An appropriate final judgment will be entered.

SIGNED at Beaumont, Texas, this 14th day of November, 2022.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE